**Form RSC Conciliation (Reschedule Conciliation–COVID**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Annie M. Snelson–Smith** | Case No. 19–22974–JAD |
| *Debtor(s)* | |
| | Chapter: 13 |

## ORDER RESCHEDULING CHAPTER 13 PLAN CONCILIATION CONFERENCE

*AND NOW,* this ***The 1st of April, 2020***, due to the COVID–19 virus pandemic, the conciliation conference scheduled for 4/23/2020 is ***RESCHEDULED*** to ***7/16/20 at 01:30 PM 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.***

Dated: April 1, 2020

Jeffery A. Deller
United States Bankruptcy Judge

cm: Debtor
    Debtor's Counsel

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                                  Case No. 19-22974-JAD
Annie M. Snelson-Smith                                                  Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: msch                  Page 1 of 2           Date Rcvd: Apr 01, 2020
                              Form ID: RSCcon3            Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2020.
db             +Annie M. Snelson-Smith,    227 Woodridge Drive,    Carnegie, PA 15106-1313
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
15094961        AT&T,    PO Box 691020,    Tulsa, OK 74169-1020
15094962       +Bourgh of Greentree,    10 W.. Manilla Avenue,    Pittsburgh, PA 15220-3354
15094967        CBNA,    PO Box 182789,    Sioux Falls, SD 57117
15094965       +Cavalry Bass & Associates,    3936 E. Ft. Lowell Road, Suite 200,    Tucson, AZ 85712-1083
15094970       +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
                 Mason, OH 45040-8999
15094972       +Enterprise Bank,    4091 Mt Royal Blvd,    Allison Park, PA 15101-2917
15094973       +First National Bank of Pennsylvania,    4140 E. State Street,    Hermitage, PA 16148-3401
15191595       +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6051
15098658       +Nelnet obo Educational Credit Management Corp,    Educational Credit Management Corp,
                 PO Box 16408,    St. Paul MN 55116-0408
15094975       +Nelnet/Educational Credit Mgmnt,    PO Box 16408,    Saint Paul, MN 55116-0408
15094978       +PINGORA LOAN SERVICING LLC,    C/O FLAGSTAR BANK FBS - SERVICER,    PO BOX 660263,
                 Dallas, TX 75266-0263
15094977       +Peoples Natural Gas Company LLC,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
15094982       +TD Bank USA,    2001 Western Avenue, Ste 400,    Seattle, WA 98121-3132
15132382        UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: kburkley@bernsteinlaw.com Apr 02 2020 04:40:17      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 02 2020 04:47:24
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr             +E-mail/Text: cashiering-administrationservices@flagstar.com Apr 02 2020 04:40:05
                 Pingora Loan Servicing, LLC,    c/o Flagstar Bank,    5151 Corporate Drive,
                 Troy, MI 48098-2639
15094960       +E-mail/Text: ally@ebn.phinsolutions.com Apr 02 2020 04:37:32      Ally Financial,
                 Attn: Bankruptcy,    Po Box 130424,    Roseville, MN 55113-0004
15103398        E-mail/Text: ally@ebn.phinsolutions.com Apr 02 2020 04:37:32      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
15094963       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 02 2020 04:47:21      Capital One,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
15094964       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 02 2020 04:48:30      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15094966       +E-mail/Text: bankruptcy@cavps.com Apr 02 2020 04:39:38      Cavalry SPV I LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
15094968       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 02 2020 04:38:17      Comenity Capital Bank/HSN,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
15094969       +E-mail/Text: bnc-quantum@quantum3group.com Apr 02 2020 04:38:23
                 Department Store National Bank/Quantum3,    PO Box 657,    Kirkland, WA 98083-0657
15131825        E-mail/Text: bnc-quantum@quantum3group.com Apr 02 2020 04:38:23
                 Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
15094971       +E-mail/Text: kburkley@bernsteinlaw.com Apr 02 2020 04:40:16      Duquense Light,
                 c/o Bernstein Burkley PC,    707 Grant St,    Ste 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
15094974       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 02 2020 04:38:01      Internal Revenue Service,
                 Re: Bankruptcy Filing,    P.O. Box 7346,    Philadelphia, PA 19101-7346
15094976       +E-mail/Text: csc.bankruptcy@amwater.com Apr 02 2020 04:40:38      PA American Water,
                 P.O. Box 578,    Alton, IL 62002-0578
15106837        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 02 2020 04:47:28
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15135539       +E-mail/Text: cashiering-administrationservices@flagstar.com Apr 02 2020 04:40:05
                 Pingora Loan Servicing, LLC,    c/o Flagstar bank FSB,    5151 Corporate Drive,
                 Troy MI 48098-2639
15094979       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 02 2020 04:48:27      Portfolio,
                 Re: Capital One Bank,    P.O. Box 12914,    Norfolk, VA 23541-0914
15130518        E-mail/Text: bnc-quantum@quantum3group.com Apr 02 2020 04:38:23
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
15094980       +E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2020 04:48:09      Syncb/Levin Furniture,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
15095269       +E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2020 04:49:27      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15094981       +E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2020 04:47:13      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
                                                                                              TOTAL: 21
```

```
District/off: 0315-2              User: msch                    Page 2 of 2              Date Rcvd: Apr 01, 2020
                                  Form ID: RSCcon3              Total Noticed: 37
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MidFirst Bank
cr              MidFirst Bank
15095780*      +Cavalry SPV I, LLC,     500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
                                                                                   TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2020 at the address(es) listed below:
              Bryan P. Keenan    on behalf of Debtor Annie M. Snelson-Smith keenan662@gmail.com,
               melindap662@gmail.com
              Chandra Marie Arkema    on behalf of Creditor    Pingora Loan Servicing, LLC carkema@squirelaw.com
              James Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                           TOTAL: 7
```