# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** ANNIE M. SNELSON-SMITH
- **Case Number:** 19-22974-JAD    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JULY 16, 2020 01:30 PM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#50 - Confirmation od Amended Plan Dated 4/23/2020  (NFC)
R / M #:  50 / 0

FILED
7/22/20 11:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Appearances:**

- Debtor: _Keerya_ (signature)
- Trustee: Winnecour / Pail / Katz / DeSimone
- Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to __10/8/20__ at __2:30 pm__
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

7/10/2020   8:08:54AM

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Annie M. Snelson-Smith  
    Debtor

Case No. 19-22974-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: msch     Page 1 of 2     Date Rcvd: Jul 22, 2020  
                    Form ID: pdf900     Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2020.

| | | |
|---|---|---|
| db | +Annie M. Snelson-Smith, | 227 Woodridge Drive, Carnegie, PA 15106-1313 |
| cr | +Peoples Natural Gas Company LLC, | c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15094961 | AT&T, | PO Box 691020, Tulsa, OK 74169-1020 |
| 15094962 | +Bourgh of Greentree, | 10 W.. Manilla Avenue, Pittsburgh, PA 15220-3354 |
| 15094967 | CBNA, | PO Box 182789, Sioux Falls, SD 57117 |
| 15094965 | +Cavalry Bass & Associates, | 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 15094970 | +Deptartment Store National Bank/Macy's, | Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040-8999 |
| 15094972 | +Enterprise Bank, | 4091 Mt Royal Blvd, Allison Park, PA 15101-2917 |
| 15094973 | +First National Bank of Pennsylvania, | 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15191595 | +MidFirst Bank, | Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15098658 | +Nelnet obo Educational Credit Management Corp, | Educational Credit Management Corp, PO Box 16408, St. Paul MN 55116-0408 |
| 15094975 | +Nelnet/Educational Credit Mgmnt, | PO Box 16408, Saint Paul, MN 55116-0408 |
| 15094978 | +PINGORA LOAN SERVICING LLC, | C/O FLAGSTAR BANK FBS - SERVICER, PO BOX 660263, Dallas, TX 75266-0263 |
| 15094977 | +Peoples Natural Gas Company LLC, | 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15094982 | +TD Bank USA, | 2001 Western Avenue, Ste 400, Seattle, WA 98121-3132 |
| 15132382 | UPMC Physician Services, | PO Box 1123, Minneapolis, MN 55440-1123 |

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

| | | |
|---|---|---|
| cr | +E-mail/Text: kburkley@bernsteinlaw.com Jul 23 2020 05:04:02 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 23 2020 04:58:18 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | +E-mail/Text: cashiering-administrationservices@flagstar.com Jul 23 2020 05:03:56 | Pingora Loan Servicing, LLC, c/o Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15094960 | +E-mail/Text: ally@ebn.phinsolutions.com Jul 23 2020 05:02:19 | Ally Financial, Attn: Bankruptcy, Po Box 130424, Roseville, MN 55113-0004 |
| 15103398 | E-mail/Text: ally@ebn.phinsolutions.com Jul 23 2020 05:02:19 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 15094963 | +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 23 2020 04:58:14 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15094964 | +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 23 2020 04:59:50 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15094966 | +E-mail/Text: bankruptcy@cavps.com Jul 23 2020 05:03:42 | Cavalry SPV I LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15094968 | +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 23 2020 05:02:39 | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15094969 | +E-mail/Text: bnc-quantum@quantum3group.com Jul 23 2020 05:02:50 | Department Store National Bank/Quantum3, PO Box 657, Kirkland, WA 98083-0657 |
| 15131825 | E-mail/Text: bnc-quantum@quantum3group.com Jul 23 2020 05:02:50 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15094971 | +E-mail/Text: kburkley@bernsteinlaw.com Jul 23 2020 05:04:02 | Duquense Light, c/o Bernstein Burkley PC, 707 Grant St, Ste 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15094974 | +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 23 2020 05:02:32 | Internal Revenue Service, Re: Bankruptcy Filing, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15094976 | +E-mail/Text: csc.bankruptcy@amwater.com Jul 23 2020 05:04:13 | PA American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 15106837 | E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 23 2020 04:58:18 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15135539 | +E-mail/Text: cashiering-administrationservices@flagstar.com Jul 23 2020 05:03:56 | Pingora Loan Servicing, LLC, c/o Flagstar bank FSB, 5151 Corporate Drive, Troy MI 48098-2639 |
| 15094979 | +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 23 2020 04:59:55 | Portfolio, Re: Capital One Bank, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 15130518 | E-mail/Text: bnc-quantum@quantum3group.com Jul 23 2020 05:02:50 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15094980 | +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2020 04:58:49 | Syncb/Levin Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15095269 | +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2020 04:58:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15094981 | +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2020 04:58:50 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |

                                                                                                  TOTAL: 21

```
District/off: 0315-2            User: msch                  Page 2 of 2                Date Rcvd: Jul 22, 2020
                                Form ID: pdf900             Total Noticed: 37

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MidFirst Bank
cr              MidFirst Bank
15095780*      +Cavalry SPV I, LLC,   500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
                                                                                      TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2020 at the address(es) listed below:
              Bryan P. Keenan    on behalf of Debtor Annie M. Snelson-Smith keenan662@gmail.com,
               melindap662@gmail.com
              Chandra Marie Arkema    on behalf of Creditor   Pingora Loan Servicing, LLC carkema@squirelaw.com
              James  Warmbrodt    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 7
```