FILED
8/10/20 3:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: ) | |
| Annie M. Snelson-Smith ) | Bankruptcy No. 19-22974-JAD |
| Debtor ) | |
| Annie M. Snelson-Smith ) | Chapter 13 |
| Movant ) | |
| v. ) | Related To Doc No. 64 |
| UPMC Presbyterian Shadyside ) | |
| Respondent ) | Motion No. WO-1 |

**ORDER TO TERMINATE WAGE ATTACHMENT**

AND NOW**, to-wit,** this <u>10th</u> day of <u>August</u>, 2016 on motion of the Debtor/ Movant, it is hereby **ORDERED, ADJUDGED AND DECREED** that the debtor is no longer employed by Respondent and, therefore,

UPMC Presbyterian Shadyside
Attn: Payroll Manager
U.S. Steel Tower, Floor 56
Pittsburgh, PA 15219

is hereby ordered to immediately terminate the wage attachment of the wages of

social security number, xxx-xx- 4679. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of the debtor, **Annie M. Snelson-Smith**.

Jeffery A. Deller        mas
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
Annie M. Snelson-Smith
Bryan P. Keenan, Esquire
UPMC Presbyterian Shadyside
Ronda J. Winnecour, Esquire
Office of United States Trustee

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                      Case No. 19-22974-JAD
Annie M. Snelson-Smith                                                      Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-2           User: msch                  Page 1 of 1                  Date Rcvd: Aug 10, 2020
                               Form ID: pdf900             Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2020.
db             +Annie M. Snelson-Smith,    227 Woodridge Drive,    Carnegie, PA 15106-1313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
               +E-mail/Text: BankruptcyNotice@upmc.edu Aug 11 2020 04:53:24      UPMC Presbyterian Shadyside,
                Attn: HR / Payroll Dept.,   U.S. Steel Tower, 56th Floor,   600 Grant Street,
                Pittsburgh, PA 15219-2702
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2020 at the address(es) listed below:
              Bryan P. Keenan    on behalf of Debtor Annie M. Snelson-Smith keenan662@gmail.com,
               melindap662@gmail.com
              Chandra Marie Arkema    on behalf of Creditor    Pingora Loan Servicing, LLC carkema@squirelaw.com
              James Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 7