IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. 19-22974-JAD |
| | ) | |
| Annie M. Snelson-Smith, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| First National Bank of Pennsylvania, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Annie M. Snelson-Smith, Debtor; and | ) | |
| Ronda Winnecour, Chapter 13 Trustee; | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**NOTICE OF TELEPHONIC HEARING AND RESPONSE DEADLINE REGARDING FIRST NATIONAL BANK OF PENNSYLVANIA'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO YEAR 2019 BUICK REGAL MOTOR VEHICLE**

TO THE RESPONDENTS:

*You are hereby notified that the Movant seeks an order affecting your rights or property.*

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **September 3, 2020** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov.

If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled. You should take this Notice and the Motion to a lawyer at once.

A telephonic hearing will be held on **September 16, 2020 at 10:00 a.m**. before the Honorable Jeffery A. Deller. Parties wishing to appear telephonically must register (and pay the regular charge) with CourtCall online at www.CourtCall.com or by phoning CourtCall at (866) 582-6878 no later than twenty-four (24) hours prior to the scheduled hearing. All counsel and

parties participating telephonically shall comply with the procedures of telephonic participation set forth in the procedures for Judge Deller's cases, which may be found on the Court's webpage at www.pawb.uscourts.gov.

      Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

      Respectfully submitted,

Dated: August 14, 2020      By:  */s/ David W. Raphael*
      David W. Raphael, Esquire
      Pa. I.D. No. 200598
      raphaeld@fnb-corp.com

      First National Bank of Pennsylvania
      100 Federal Street, 4th Floor
      Pittsburgh, PA 15212
      (412) 465-9718

      Attorney for First National Bank of Pennsylvania