FILED
9/10/20 3:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 19-22974-JAD |
| **Annie M. Snelson-Smith** | ) | |
|     Debtor | ) | Chapter 13 |
| **First National Bank of Pennsylvania,** | ) | |
|     Movant | ) | Doc. No. 72 |
| vs | ) | |
| **Annie M. Snelson-Smith** | ) | Related To Doc No. 68 |
|     Respondent | ) | |

**CONSENT ORDER TO
CONTINUE THE HEARING ON THE MOVANT'S MOTION FOR RELIEF
TO OCTOBER 28, 2020 AT 11:00 A.M.**

AND NOW, this <u>10th</u> of <u>September</u>, 2020, it is hereby ORDERED THAT the Telephonic Hearing on the Movant's Motion for Relief from Stay is continued from September 16, 2020 at 10:00 AM to **<u>October 28, 2020</u>** at **<u>11:00 AM</u>** at **tcjad Telephone Conference - Deller**.

BY THE COURT:

_____
The Honorable Jeffery A. Deller    mas
United States Bankruptcy Judge

| | |
|---|---|
| **BY:** /s/David W. Raphael | /s/ Bryan P. Keenan |
| David W. Raphael, Esquire | Bryan P. Keenan, PA ID No. 89053 |
| In-House Counsel | Bryan P. Keenan & Associates P.C. |
| PA ID No. 200598 | **Attorney for Debtor** |
| Attorney for First National Bank of Pennsylvania | 993 Greentree Road, Suite 101 |
| 100 Federal Street | Pittsburgh, PA 15220 |
| Pittsburgh, PA 15212 | (412) 922-5116 |
| (412) 465-9718 | keenan662@gmail.com |
| raphaeld@fnb-corp.com | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Annie M. Snelson-Smith  
    Debtor

Case No. 19-22974-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 1     Date Rcvd: Sep 10, 2020  
                        Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2020.
```
db             +Annie M. Snelson-Smith,    227 Woodridge Drive,    Carnegie, PA 15106-1313
cr             +First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3401
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2020 at the address(es) listed below:
```
              Bryan P. Keenan    on behalf of Debtor Annie M. Snelson-Smith keenan662@gmail.com,
               melindap662@gmail.com
              Chandra Marie Arkema    on behalf of Creditor    Pingora Loan Servicing, LLC carkema@squirelaw.com
              David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania
               raphaeld@fnb-corp.com
              James  Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8
```