Case 19-22974-JAD    Doc 83    Filed 10/18/20    Entered 10/19/20 01:11:47    Desc Imaged
Certificate of Notice    Page 1 of 4

FILED
10/16/20 3:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

LOCAL BANKRUPTCY FORM NO. 26
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 19-22974-JAD |
| Annie M. Snelson-Smith | ) | |
| Debtor | ) | Chapter 13 |
| Annie M. Snelson-Smith | ) | |
| Movant | ) | Related To Doc No. 79 |
| v. | ) | |
| Centene Management Company LLC | ) | Motion No. WO-1 |
| Respondent | ) | |

**ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

    The above-named Debtor(s) having filed a Chapter 13 petition and Debtor(s) or Trustee having moved to attach wages to fund the Chapter 13 Plan:

    IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Debtor receives income:

**Centene Management Company LLC**
Attn: Payroll Manager
7700 Forsythe Blvd
St. Louis, MO 63105

shall deduct from that income the sum of $1075.00 bi-weekly, as the Debtor is paid on a bi-weekly basis, beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

**RONDA J. WINNECOUR**
**CHAPTER 13 TRUSTEE, W.D. PA.**
**PO Box 84051**
**Chicago, IL 60689-4002**

    IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefore.

    IT IS FURTHER ORDERED that the Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the debtor's full Social Security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and local form, but the Social Security number shall not be included on the certificate.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues shall be paid to the Debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court. **

DATED this 16th day of October, 2020.

_____
Honorable Jeffery A. Deller    mas
United States Bankruptcy Judge

** IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

CASE ADMINISTRATOR SHALL SERVE:
Annie M. Snelson-Smith
Bryan P. Keenan, Esquire
Centene Management Company, LLC
Ronda J. Winnecour, Esquire
Office of United States Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                          Case No. 19-22974-JAD
Annie M. Snelson-Smith                                                                              Chapter 13
     Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: msch | Page 1 of 2 |
| Date Rcvd: Oct 16, 2020 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Annie M. Snelson-Smith, 227 Woodridge Drive, Carnegie, PA 15106-1313 |
| | + Centene Management Company LLC, Attn: Payroll Manager, 7700 Forsythe Blvd., St. Louis, MO 63105-1849 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2020        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Annie M. Snelson-Smith keenan662@gmail.com melindap662@gmail.com |
| Chandra Marie Arkema | on behalf of Creditor Pingora Loan Servicing LLC carkema@squirelaw.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: msch | Page 2 of 2 |
| Date Rcvd: Oct 16, 2020 | Form ID: pdf900 | Total Noticed: 2 |

        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

        cmecf@chapter13trusteewdpa.com

S. James Wallace

        on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com
        Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

TOTAL: 8