FILED
10/16/20 4:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

LOCAL BANKRUPTCY FORM NO. 26
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Annie M. Snelson-Smith ) | Bankruptcy No. 19-22974-JAD |
| Debtor ) | |
| Annie M. Snelson-Smith ) | Chapter 13 |
| Movant ) | |
| v. ) | Related To Doc. No. 80 |
| Living Independence For The Elderly ) | |
| Respondent ) | Motion No. WO-1 |

### ORDER TO TERMINATE WAGE ATTACHMENT

AND NOW, to-wit, this 16th day of October, 2020, on motion of the Debtor/ Movant, it is hereby ORDERED, ADJUDGED AND DECREED that the debtor is no longer employed by Respondent and, therefore,

**Living Independence For The Elderly**
Attn: Payroll Manager
875 Greentree Road
One Parkway Center Suite 200
Pittsburgh, PA 15220

is hereby ordered to immediately terminate the wage attachment of the wages of social security number, xxx-xx- 4679. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of the debtor, **Annie M. Snelson-Smith**.

_____  mas
Honorable Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
  Annie M. Snelson-Smith
  Bryan P. Keenan, Esquire
  Living Independence For The Elderly
  Ronda J. Winnecour, Esquire
  Office of United States Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Annie M. Snelson-Smith  
    Debtor(s)

Case No. 19-22974-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: msch      Page 1 of 2  
Date Rcvd: Oct 16, 2020      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Annie M. Snelson-Smith, 227 Woodridge Drive, Carnegie, PA 15106-1313 |
| | + | Living Independence For The Elderly, Attn: Payroll Manager, 875 Greentree Road, One Parkway Center, Suite 200, Pittsburgh, PA 15220-3505 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2020      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2020 at the address(es) listed below:**

**Name**      **Email Address**

Brian Nicholas  
     on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com

Bryan P. Keenan  
     on behalf of Debtor Annie M. Snelson-Smith keenan662@gmail.com melindap662@gmail.com

Chandra Marie Arkema  
     on behalf of Creditor Pingora Loan Servicing  LLC carkema@squirelaw.com

David W. Raphael  
     on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

Keri P. Ebeck  
     on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: msch | Page 2 of 2 |
| Date Rcvd: Oct 16, 2020 | Form ID: pdf900 | Total Noticed: 2 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com
    Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

TOTAL: 8