# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 19-22974-JAD |
| **Annie M. Snelson-Smith** | ) | Chapter 13 |
| Debtor | ) | Doc No. |
| **Annie M. Snelson-Smith** | ) | |
| Movant | ) | Motion No. WO-1 |
| v. | ) | |
| **UPMC Presbyterian Shadyside** | ) | |
| Respondent | ) | |

### CERTIFICATE OF SERVICE FOR COURT ORDER ON DEBTOR'S MOTION TO TERMINATE WAGE MOTION ALONG WITH NOTIFICATION OF THE DEBTOR'S SOCIAL SECURITY NUMBER

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 19, 2020

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail.**

**1.) Service by Electronic Notification** –
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**2.) Service by First Class Mail--**
a. **Annie Snelson- Smith, 227 Woodridge Drive, Carnegie, PA 15106**
b. **UPMC Presbyterian Shadyside, ATTN: Payroll Manager, U.S Steel Tower, Floor 56**

Executed on: October 19, 2020

**/s/Bryan P. Keenan**
Bryan P. Keenan, PA ID No. 89053
Bryan P. Keenan & Associates P.C.
Attorney for Debtor
993 Greentree Road, Suite 101
Pittsburgh, PA 15220
(412) 922-5116
keenan662@gmail.com