# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | **Bankruptcy No. 19-22974-JAD** |
| **Annie M. Snelson-Smith** | ) | **Chapter  13** |
| **Debtor** | ) | **Doc No.** |
| **Annie M. Snelson-Smith** | ) | |
| **Movant** | ) | **Motion No.  WO-1** |
| v. | ) | |
| **Centene Management Company LLC** | ) | |
| **Respondent** | ) | |

### CERTIFICATE OF SERVICE FOR COURT ORDER ON DEBTOR'S
### WAGE ATTACHMENT MOTION ALONG WITH NOTIFICATION OF THE
### DEBTOR'S SOCIAL SECURITY NUMBER

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 19, 2020.

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** –
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee,** Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**2.) Service by First Class Mail--**
**a. Annie Snelson- Smith, 227 Woodridge Drive, Carnegie, PA 15106**
**b. Centene Management Company LLC**, Attn: Payroll Manager**,**7700 Forsythe Blvd**,** St. Louis, MO 63105

Executed on:   **October 19, 2020**

**/s/Bryan P. Keenan**
Bryan  P. Keenan, PA ID No. 89053
Bryan  P. Keenan  & Associates P.C.
Attorney for Debtor
993 Greentree Road, Suite 101
Pittsburgh, PA 15220
(412) 922-5116
keenan662@gmail.com