IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Annie M. Snelson-Smith, | ) | Case No. 19-22974-JAD |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Related to Docs. #56, 76 and 103 |
| _____X | | |

**STIPULATED ORDER MODIFYING PLAN**

    **WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑    a motion to dismiss case or certificate of default requesting dismissal

☒    a plan modification sought by:   Debtor to provide for Notice of Mortgage Payment Changes to date.

❑    a motion to lift stay
        as to creditor   _____

❑    Other:   _____

    **WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

    **IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

    ❑ Chapter 13 Plan dated _____
    ☒ Amended Chapter 13 Plan dated **July 27, 2020**

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑    Debtor(s) Plan payments shall be changed from $ _____ to $ _____ per _____, effective _____; and/or the Plan

-1-

      term shall be changed from ___ months to ____ months.

☐    In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐    Debtor(s) shall file and serve _____ on or before _____.

☐    If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐    If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒    Other:

The secured claim(s) of the following creditor(s) shall govern, following all allowed post-petition payment change notices filed of record:
\* **Midfirst Bank CL. # 14-2.**

    **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

    **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

**SO ORDERED**, this ___14th___ day of ___December___, 2023

_____
Honorable Jeffery A. Deller
United States Bankruptcy Judge

Stipulated by:                              Stipulated by:

/s/ Bryan P. Keenan                         /s/ Jim Warmbrodt
Bryan P. Keenan                             Jim Warmbrodt
Counsel to Debtor                           Counsel to Chapter 13 Trustee

cc:   All Parties in Interest to be served by Clerk

*[Remainder of Page Intentionally Left Blank]*

FILED
12/14/23 8:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Annie M. Snelson-Smith  
    Debtor

Case No. 19-22974-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Dec 14, 2023      Form ID: pdf900      Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Annie M. Snelson-Smith, 227 Woodridge Drive, Carnegie, PA 15106-1313 |
| 15094961 | | AT&T, PO Box 691020, Tulsa, OK 74169-1020 |
| 15094962 | + | Bourgh of Greentree, 10 W.. Manilla Avenue, Pittsburgh, PA 15220-3354 |
| 15094967 | | CBNA, PO Box 182789, Sioux Falls, SD 57117 |
| 15094965 | + | Cavalry Bass & Associates, 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 15094972 | + | Enterprise Bank, 4091 Mt Royal Blvd, Allison Park, PA 15101-2917 |
| 15094975 | + | Nelnet/Educational Credit Mgmnt, PO Box 16408, Saint Paul, MN 55116-0408 |
| 15094978 | + | PINGORA LOAN SERVICING LLC, C/O FLAGSTAR BANK FBS - SERVICER, PO BOX 660263, Dallas, TX 75266-0263 |
| 15094982 | + | TD Bank USA, 2001 Western Avenue, Ste 400, Seattle, WA 98121-3132 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 15 2023 00:00:57 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Dec 14 2023 23:52:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Dec 14 2023 23:51:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 15 2023 00:01:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 14 2023 23:51:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: cashiering-administrationservices@flagstar.com | Dec 14 2023 23:52:00 | Pingora Loan Servicing, LLC, c/o Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15103398 | | Email/Text: ally@ebn.phinsolutions.com | Dec 14 2023 23:51:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 15094960 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 14 2023 23:51:00 | Ally Financial, Attn: Bankruptcy, Po Box 130424, Roseville, MN 55113-0004 |
| 15094964 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 15 2023 00:01:27 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15094963 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 15 2023 00:01:23 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15094966 | + | Email/Text: bankruptcy@cavps.com | Dec 14 2023 23:52:00 | Cavalry SPV I LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15094968 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 14 2023 23:51:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy |

Case 19-22974-JAD    Doc 105    Filed 12/16/23    Entered 12/17/23 00:26:02    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 14, 2023 | Form ID: pdf900 | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15094970 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 15 2023 00:01:29 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15094969 | + | Email/Text: bnc-quantum@quantum3group.com | Dec 14 2023 23:51:00 | Department Store National Bank/Quantum3, PO Box 657, Kirkland, WA 98083-0657 |
| 15131825 | | Email/Text: bnc-quantum@quantum3group.com | Dec 14 2023 23:51:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15094971 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 14 2023 23:52:00 | Duquense Light, c/o Bernstein Burkley PC, 707 Grant St, Ste 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15094973 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Dec 14 2023 23:51:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15094974 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 14 2023 23:51:00 | Internal Revenue Service, Re: Bankruptcy Filing, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15191595 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 15 2023 00:01:25 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15098658 | + | Email/Text: ECMCBKNotices@ecmc.org | Dec 14 2023 23:51:00 | Nelnet obo Educational Credit Management Corp, Educational Credit Management Corp, PO Box 16408, St. Paul MN 55116-0408 |
| 15094976 | + | Email/Text: csc.bankruptcy@amwater.com | Dec 14 2023 23:52:00 | PA American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 15318975 | | Email/Text: peritus@ebn.phinsolutions.com | Dec 14 2023 23:52:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15106837 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 15 2023 00:00:57 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15094977 | + | Email/Text: ebnpeoples@grblaw.com | Dec 14 2023 23:51:00 | Peoples Natural Gas Company LLC, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15135539 | + | Email/Text: cashiering-administrationservices@flagstar.com | Dec 14 2023 23:52:00 | Pingora Loan Servicing, LLC, c/o Flagstar bank FSB, 5151 Corporate Drive, Troy MI 48098-2639 |
| 15094979 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 15 2023 00:00:57 | Portfolio, Re: Capital One Bank, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 15130518 | | Email/Text: bnc-quantum@quantum3group.com | Dec 14 2023 23:51:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15094980 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 15 2023 00:01:27 | Syncb/Levin Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15095269 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 15 2023 00:11:52 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15094981 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 15 2023 00:01:37 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 15132382 | | Email/Text: BNCnotices@dcmservices.com | Dec 14 2023 23:51:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |

| | | | |
|---|---|---|---|
| cr | | | MidFirst Bank |
| cr | | | Quantum3 Group LLC as agent for Comenity Capital B |
| cr | | *P++ | PERITUS PORTFOLIO SERVICES, PO BOX 141419, IRVING TX 75014-1419, address filed with court:, PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15095780 | | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2023       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2023 at the address(es) listed below:**

**Name**         **Email Address**

Brian Nicholas
   on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com

Bryan P. Keenan
   on behalf of Debtor Annie M. Snelson-Smith keenan662@gmail.com
   melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Chandra Marie Arkema
   on behalf of Creditor Pingora Loan Servicing  LLC tuhawkeye@msn.com, carkema@squirelaw.com

David W. Raphael
   on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

Keri P. Ebeck
   on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
   btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 8