**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/03/2024

IN RE:

ANNIE M. SNELSON-SMITH
227 WOODRIDGE DRIVE
CARNEGIE, PA 15106
XXX-XX-4679            Debtor(s)

Case No. 19-22974 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/3/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JCP/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 7818 |
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY FINANCIAL(*)**<br>PAYMENT PROCESSING CENTER*<br>PO BOX 660618<br>DALLAS, TX  75266-0618 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 0.00<br>COMMENT: SURR/PL*CL=3886.74 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 3658 |
| **GREEN TREE BORO-PROPERTY TAX**<br>MUNICIPAL BLDG<br>10 W MANILLA AVE<br>PITTSBURGH, PA  15220 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: RMVD/AMD PL*066-H-148 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: H148 |
| **PERITUS PORTFOLIO SERVICES***<br>PO BOX 141419<br>IRVING, TX  75014-1419 | Trustee Claim Number: 5   INT %: 14.59%<br>Court Claim Number: 6<br>CLAIM: 32,415.28<br>COMMENT: $/CL-PL@14.59%MDF*FR FNB-DOC 90 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9262 |
| **MIDFIRST BANK SSB***<br>ATTN BANKRUPTCY TRUSTEE PMTS*<br>999 NW GRAND BLVD STE 100<br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 14-2<br>CLAIM: 0.00<br>COMMENT: CL14-2GOV W NMPC*DK4PMT*BGN 8/19*AMD*FR PINGORA-DOC 43 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 3818 |
| **ALLY FINANCIAL(*)**<br>PAYMENT PROCESSING CENTER*<br>PO BOX 660618<br>DALLAS, TX  75266-0618 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: REPOED AUTO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ATT**<br>POB 105262<br>ATLANTA, AL  30348 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1397 |
| **CAPITAL ONE****<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6605 |
| **CAPITAL ONE****<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1429 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Credit Desc / Account |
|---|---|---|---|
| **CAVALRY SPV I LLC - ASSIGNEE**\*\*<br>C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE #200<br>TUSCON, AZ  85712-1083 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CAVALRY SPV I LLC - ASSIGNEE(\*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC\*<br>PO BOX 27288<br>TEMPE, AZ  85282 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 1,366.36<br>COMMENT: NO ACCT/SCH\*SYNCHRONY/HH GREGG | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6720 |
| **CBNA**<br>PO BOX 6497<br>SIOUX FALLS, SD  57117 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6035 |
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 0.00<br>COMMENT: 2218/SCH\*HSN\*CL @ 1914.85 W/DRAWN-DOC 93 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7572 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA  98083-0657 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 645.55<br>COMMENT: MACY'S | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9481 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA  98083-0657 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 3,992.74<br>COMMENT: MACY'S | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6720 |
| **DUQUESNE LIGHT COMPANY(\*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 1,614.05<br>COMMENT: 2000/SCH | | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 3603 |
| **ENTERPRISE BANK**<br>4091 MOUNT ROYAL BLVD<br>PITTSBURGH, PA  15101 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:4-3<br>CLAIM: 4,216.44<br>COMMENT: AMD | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4679 |
| **NELNET O/B/O ECMC**\*\*<br>C/O ECMC(\*)<br>LOCK BOX 8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0408 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 66,437.41<br>COMMENT: 0892/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4679 |

| Creditor | Claim Info | Creditor Description |
|---|---|---|
| **PA AMERICAN WATER(*) AKA AMERICAN WATER**<br>PO BOX 371412<br><br>PITTSBURGH, PA 15250 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 50.06<br>COMMENT: NO NUM/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7532 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 1,281.99<br>COMMENT: NO ACCT~CAP ONE/SCH*BEST BUY/CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2046 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 1,243.46<br>COMMENT: SYNCHRONY/LEVIN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7733 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 948.25<br>COMMENT: SYNCHRONY/JCP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7818 |
| **TD BANK NA(*)**<br>ATTN BANKRUPTCY DEPT ME 100-39<br>POB 9547<br>PORTLAND, ME 04112 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4765 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 4-3<br>CLAIM: 0.00<br>COMMENT: NT/PROV/PL*NO PRI/SCH*AMD CL=$0 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 4679 |
| **RICHARD M SQUIRE & ASSOCIATES**<br>115 WEST AVENUE STE 104<br><br>JENKINTOWN, PA 19046 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PINGORA LN SVCNG/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **MIDFIRST BANK SSB***<br>ATTN BANKRUPTCY TRUSTEE PMTS*<br>999 NW GRAND BLVD STE 100<br>OKLAHOMA CITY, OK 73118 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 14-2<br>CLAIM: 14,609.63<br>COMMENT: CL14-2GOV*14675.61/PL*THRU 7/19*AMD*FR PINGORA-DOC 43 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 3818 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 446.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4679 |

| | | |
|---|---|---|
| **GRB LAW\*\*** <br> C/O JEFFREY R HUNT ESQ - FOR PNG CO <br> 525 WILLIAM PENN PLACE STE 3110 <br><br> PITTSBURGH, PA  15219 | Trustee Claim Number:31  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  PEOPLES/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **KML LAW GROUP PC\*** <br> 701 MARKET ST STE 5000 <br><br> PHILADELPHIA, PA  19106 | Trustee Claim Number:32  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  MIDFIRST BANK/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **ADDED CREDITOR  FOR CALCULATION** <br> OR NOT ENOUGH INFO/SCHED FOR <br> ENTITY NAME OR NOT ENOUGH INFO <br> PER CLM FOR ADDRESS OR PLACEHOLDER <br> RECORD | Trustee Claim Number:33  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  CREATED IN ERROR | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** <br> ATTN BANKRUPTCY NOTICING <br> 4515 N SANTA FE AVE DEPT APS <br><br> OKLAHOMA CITY, OK  73118 | Trustee Claim Number:34  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  ALLY FNCL/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |