# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 19-22974-JAD** |
| **Annie M. Snelson-Smith** | ) | **Chapter 13** |
|    **Debtor** | ) | **Doc No.** |
| **Annie M. Snelson-Smith** | ) | |
|    **Movant** | ) | **Motion No. WO-1** |
|    **v.** | ) | |
| **UPMC Presbyterian Shadyside** | ) | |
|    **Respondent** | ) | |

### CERTIFICATE OF SERVICE FOR COURT ORDER ON DEBTOR'S WAGE ATTACHMENT MOTION ALONG WITH NOTIFICATION OF THE DEBTOR'S SOCIAL SECURITY NUMBER

I, Bryan P. Keenan, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on July 29, 2020.

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** –
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**2.) Service by First Class Mail--**
a. **Annie Snelson- Smith, 227 Woodridge Drive, Carnegie, PA 15106**
b. **Living Independence For The Elderly, ATTN: Payroll Manager, 875 Greentree Road One Parkway Center, Suite 200, Pittsburgh, PA 15220**

Executed on: **June 25, 2024**                             **/s/Bryan P. Keenan**
                                                                Bryan P. Keenan, PA ID No. 89053
                                                                 Bryan P. Keenan & Associates P.C.
                                                                 Attorney for Debtor
                                                                 993 Greentree Road, Suite 101
                                                                 Pittsburgh, PA 15220
                                                                 (412) 922-5116
                                                                 keenan662@gmail.com