**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 19-22974** |
| **Annie M. Snelson-Smith** | : **Chapter 13** |
| | : **Judge Jeffery A. Deller** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * * |
| | : |
| **MidFirst Bank** | : **Related Document #** |
| **Movant,** | : |
| | : |
| **No Respondent(s).** | : |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for MidFirst Bank, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                                                Respectfully submitted,

                                                /s/ Alyk L. Oflazian
                                                Alyk L. Oflazian, Esquire (312912)
                                                Adam B. Hall (323867)
                                                Stephen R. Franks (0075345)
                                                Manley Deas Kochalski LLC
                                                P.O. Box 165028
                                                Columbus, OH  43216-5028
                                                Telephone: 614-220-5611
                                                Fax: 614-627-8181
                                                Attorneys for Creditor
                                                The case attorney for this file is Alyk L. Oflazian.
                                                Contact email is ALOflazian@manleydeas.com

24-013611_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 19-22974** |
| **Annie M. Snelson-Smith** | : **Chapter 13** |
| | : **Judge Jeffery A. Deller** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * * |
| | : |
| **MidFirst Bank** | : **Related Document #** |
| **Movant,** | : |
| | : |
| **No Respondent(s).** | : |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on July 1, 2024.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Bryan P. Keenan, Attorney for Annie M. Snelson-Smith, keenan662@gmail.com

Service by First-Class Mail:
Annie M. Snelson-Smith, 227 Woodridge Drive, Carnegie, PA  15106


EXECUTED ON: July 1, 2024

By: /s/ Alyk L. Oflazian
Signature
Alyk L. Oflazian, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
312912
List Bar I.D. and State of Admission

24-013611_PS