**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Annie M. Snelson−Smith<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx−xx−4679<br>EIN   __−_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __−_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 19−22974−JAD | |

# Order of Discharge                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Annie M. Snelson−Smith

4/25/25                                                      **By the court:** Jeffery A. Deller
                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22974-JAD |
| Annie M. Snelson-Smith | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 25, 2025 | Form ID: 3180W | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Annie M. Snelson-Smith, 227 Woodridge Drive, Carnegie, PA 15106-1313 |
| 15094961 | | AT&T, PO Box 691020, Tulsa, OK 74169-1020 |
| 15094962 | + | Bourgh of Greentree, 10 W.. Manilla Avenue, Pittsburgh, PA 15220-3354 |
| 15094967 | | CBNA, PO Box 182789, Sioux Falls, SD 57117 |
| 15094965 | + | Cavalry Bass & Associates, 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 15094972 | + | Enterprise Bank, 4091 Mt Royal Blvd, Allison Park, PA 15101-2917 |
| 15094978 | + | PINGORA LOAN SERVICING LLC, C/O FLAGSTAR BANK FBS - SERVICER, PO BOX 660263, Dallas, TX 75266-0263 |
| 15094982 | + | TD Bank USA, 2001 Western Avenue, Ste 400, Seattle, WA 98121-3132 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 26 2025 03:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 26 2025 03:55:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Apr 26 2025 03:55:00 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Apr 26 2025 00:19:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 26 2025 00:18:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| cr | + | EDI: PRA.COM | Apr 26 2025 03:55:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 26 2025 00:18:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | ^ | MEBN | Apr 25 2025 23:56:57 | Pingora Loan Servicing, LLC, c/o Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15103398 | | EDI: GMACFS.COM | Apr 26 2025 03:55:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 15094960 | + | EDI: GMACFS.COM | Apr 26 2025 03:55:00 | Ally Financial, Attn: Bankruptcy, Po Box 130424, Roseville, MN 55113-0004 |
| 15094964 | + | EDI: CAPITALONE.COM | Apr 26 2025 03:55:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

Case 19-22974-JAD    Doc 145    Filed 04/27/25    Entered 04/28/25 00:27:02    Desc
                    Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 25, 2025 | Form ID: 3180W | Total Noticed: 42 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15094963 | + | EDI: CAPITALONE.COM | Apr 26 2025 03:55:00 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15094966 | + | Email/Text: bankruptcy@cavps.com | Apr 26 2025 00:18:00 | Cavalry SPV I LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15094968 | + | EDI: WFNNB.COM | Apr 26 2025 03:55:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15094970 | | EDI: CITICORP | Apr 26 2025 03:55:00 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15094969 | + | EDI: Q3G.COM | Apr 26 2025 03:55:00 | Department Store National Bank/Quantum3, PO Box 657, Kirkland, WA 98083-0657 |
| 15131825 | | EDI: Q3G.COM | Apr 26 2025 03:55:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15094971 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 26 2025 00:19:00 | Duquense Light, c/o Bernstein Burkley PC, 707 Grant St, Ste 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15094973 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 26 2025 00:18:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15094974 | + | EDI: IRS.COM | Apr 26 2025 03:55:00 | Internal Revenue Service, Re: Bankruptcy Filing, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15191595 | + | EDI: AISMIDFIRST | Apr 26 2025 03:55:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15098658 | + | Email/Text: ECMCBKNotices@ecmc.org | Apr 26 2025 00:18:00 | Nelnet obo Educational Credit Management Corp, Educational Credit Management Corp, PO Box 16408, St. Paul MN 55116-0408 |
| 15094975 | + | Email/Text: ECMCBKNotices@ecmc.org | Apr 26 2025 00:18:00 | Nelnet/Educational Credit Mgmnt, PO Box 16408, Saint Paul, MN 55116-0408 |
| 15094976 | + | Email/Text: csc.bankruptcy@amwater.com | Apr 26 2025 00:19:00 | PA American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 15318975 | | Email/Text: peritus@ebn.phinsolutions.com | Apr 26 2025 00:19:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15106837 | | EDI: PRA.COM | Apr 26 2025 03:55:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15094977 | + | Email/Text: ebnpeoples@grblaw.com | Apr 26 2025 00:18:00 | Peoples Natural Gas Company LLC, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15135539 | ^ | MEBN | Apr 25 2025 23:56:58 | Pingora Loan Servicing, LLC, c/o Flagstar bank FSB, 5151 Corporate Drive, Troy MI 48098-2639 |
| 15094979 | + | EDI: PRA.COM | Apr 26 2025 03:55:00 | Portfolio, Re: Capital One Bank, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 15130518 | | EDI: Q3G.COM | Apr 26 2025 03:55:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15094980 | + | EDI: SYNC | Apr 26 2025 03:55:00 | Syncb/Levin Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15095269 | ^ | MEBN | Apr 25 2025 23:57:06 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15094981 | + | EDI: SYNC | Apr 26 2025 03:55:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 15132382 | | Email/Text: BNCnotices@dcmservices.com | Apr 26 2025 00:18:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

Case 19-22974-JAD    Doc 145    Filed 04/27/25    Entered 04/28/25 00:27:02    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Apr 25, 2025 | Form ID: 3180W | Total Noticed: 42 |
| TOTAL: 34 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | MidFirst Bank |
| cr | | MidFirst Bank |
| cr | | Quantum3 Group LLC as agent for Comenity Capital B |
| cr | * | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15095780 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2025 at the address(es) listed below:

**Name**  **Email Address**

Bryan P. Keenan
on behalf of Debtor Annie M. Snelson-Smith keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Chandra Marie Arkema
on behalf of Creditor Pingora Loan Servicing  LLC tuhawkeye@msn.com, carkema@squirelaw.com

David W. Raphael
on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

Denise Carlon
on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Stephen Russell Franks
on behalf of Creditor MidFirst Bank amps@manleydeas.com

TOTAL: 9